**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| RANJODHBIR SINGH<br>c/o The Spitz Law Firm<br>3 Summit Park Dr., Suite 200<br>Independence, OH 44131<br><br>    *Plaintiff*,<br>  v.<br><br>TURNPIKE PETROLEUM, LLC<br>c/o Seeley, Savidge Ebert & Gourash Co., L.P.A.<br>26600 Detroit Rd., Suite 300<br>Westlake, OH 44145<br><br>    *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br>Case No.<br><br>Judge: |

## COMPLAINT FOR APPROVAL OF SETTLEMENT AGREEMENT UNDER THE FAIR LABOR STANDARDS ACT

### INTRODUCTION

1.  **Nature of the Action**: This is an action brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., seeking judicial approval of a settlement agreement resolving claims for unpaid wages and overtime compensation.

### JURISDICTION AND VENUE

2.  **Jurisdiction**: This Court has jurisdiction pursuant to 28 U.S.C. § 1331, as this action arises under the laws of the United States, specifically the FLSA.

3.  **Venue**: Venue is proper in this judicial district under 28 U.S.C. § 1391(b) because the events giving rise to this action occurred within this district.

**PARTIES**

4.  **Plaintiff**: Ranjodhbir Singh is an individual residing in Newton Falls, OH, within the venue district of this Court, who claims to have been employed by Defendant in a variety of roles from circa October 15, 2021, to circa December 31, 2023.

5. **Defendant**: Turnpike Petroleum, LLC is an Ohio Limited Liability Company with its principal place of business in Newton Falls, OH. It operates two gas stations and convenience marts in Newton Falls, OH and Andover, OH.

### FACTUAL ALLEGATIONS

6. Plaintiff claims that he was employed by Defendant and was engaged in work activities that are subject to the wage and hour provisions of the FLSA.

7. During the course of employment, Plaintiff alleges that he was not compensated for all hours worked, including overtime, in accordance with the FLSA.

8. A dispute has arisen between the parties regarding the alleged unpaid wages and overtime compensation.

9. The parties have negotiated a settlement agreement to resolve the dispute, the terms of which are set forth in the Settlement Agreement attached hereto as Exhibit A.

### CLAIM FOR RELIEF

10. Plaintiff seeks judicial approval of the settlement agreement pursuant to the standards established in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), which requires that settlements of FLSA claims be approved by the Court as fair and reasonable resolutions of bona fide disputes.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Review and approve the Settlement Agreement as a fair and reasonable resolution of a bona fide dispute under the FLSA;

B. Enter an order dismissing this action with prejudice upon such approval; and

C. Grant such other and further relief as the Court deems just and proper.

DATED this 13th day of January 2025.

Respectfully Submitted:

**/s/ Richard F. Protiva, Jr.**
Richard F. Protiva, Jr. (0095272)
SPITZ, THE EMPLOYEE'S LAW FIRM
3 Summit Park Dr., Suite 200
Independence, OH 44131
Tel: 216-865-9333
*Counsel for: Plaintiff*
Richard.Protiva@spitzlawfirm.com